IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:00-cr-00002-MP

MILTON BOB GREEN,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 66, Motion to Continue Revocation of Supervised Release Hearing, filed by Milton Bob Green. The revocation of supervised release hearing is presently scheduled for May 19, 2005, at 2:00 p.m. However, the conduct which gives rise to defendant's violation number 1 is scheduled for pretrial conference in Dixie County Court on May 27, 2005. Additionally, defendant has demanded trial jury on that charge. To afford the defendant an opportunity to resolve the underlying state charge, it is hereby

**ORDERED AND ADJUDGED:**

The motion for continuance, doc. 66, is granted, and the Revocation of Supervised Release Hearing is reset for June 23, 2005 at 10:00 a.m.

**DONE AND ORDERED** this _18th_ day of May, 2005

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge