IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:00-cr-00002-MP

MILTON BOB GREEN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 68, Motion to Continue Revocation of Supervised Release Hearing, filed by Milton Bob Green.  A teleconference was held on the motion, during which the government indicated it did not object.  Accordingly, the motion is granted and the hearing on the Revocation of Supervised Release Hearing is hereby continued until July 29, 2005 at 10:00 a.m.

**DONE AND ORDERED** this  *28th*   day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge