IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:00-cr-00002-MP

MILTON BOB GREEN,

    Defendant.
_____/

**O R D E R**

Previously, Mr. Green filed a sworn affidavit indicated that he had no funds to retain his own attorney, and the Court appointed the Federal Public Defender.  Later, Mr. Green filed Doc. 71, Motion to Substitute Attorney Gloria Fletcher for the Federal Public Defender.   In the motion, he indicates that he has retained Ms. Fletcher as counsel.  As stated in open court, Mr. Green shall file by Monday, August 15, 2005, a sworn affidavit indicating the source of the funds used to retain Ms. Fletcher and the fee arrangement with Ms. Fletcher.  Additionally, the Federal Public Defender shall file, by August 15, 2005, a summary of hours expended and expenses incurred during the representation of Mr. Green, in case such expenses should later be charged to Mr. Green.

**DONE AND ORDERED** this  _26th_   day of July, 2005

                                            *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge